UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:95-cr-05038-DAD |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE |
| ROBERT ANTHONY SANCHEZ, | |
| Defendant-Movant. | |

On March 14, 2017, the Ninth Circuit Court of Appeals granted movant Robert Anthony Sanchez leave to file a second/successive motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.  (*See* Doc. No. 135.)  Movant's § 2255 motion was deemed filed on June 23, 2016, per the Ninth Circuit's order.  (*Id.*)  Accordingly, the government is directed to file an opposition to the § 2255 motion within thirty (30) days of the date of service of this order.  Any reply by movant shall be filed within fifteen (15) days of the filing and service of any opposition by the government.

IT IS SO ORDERED.

Dated:   **April 4, 2017**                                     _____
                                                                                UNITED STATES DISTRICT JUDGE

1