HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
ROBERT ANTHONY SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:95-cr-05038-DAD |
| *Plaintiff,* | **SEALING ORDER** |
| vs. | |
| ROBERT ANTHONY SANCHEZ, | |
| *Defendant.* | JUDGE: Dale A. Drozd |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Sanchez's Exhibit I to his Motion for a Reduced Sentence Pursuant to 18 U.S.C. § 3582(c) shall be filed *under seal* until further order of the court as it contains confidential medical records.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

UNITED STATES DISTRICT JUDGE