# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY SANCHEZ,<br><br>Defendants. | Case No. 1:95-cr-05038-DAD<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br><br>(ECF No. 193)<br><br>**DEADLINE: MAY 28, 2024 at 12:00 p.m.** |

A status conference re violation for supervised release was scheduled to occur in this case on May 24, 2024 at 2:00 p.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. (ECF No. 193.) On May 24, 2024, probation was present, and Karen Escobar was present on behalf of the Government. Counsel for Defendant failed to appear.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000). The Court finds no just reason for counsel's failure to appear on May 24, 2024 and shall order counsel to show cause in writing why sanctions should not issue.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for Defendant is ordered to show cause in writing **by 12:00 p.m. on May 28, 2024** why sanctions should not issue for failure to appear; and

2. The status conference re violation for supervised release is continued to **May 28, 2024 at 2:00 p.m.** in Courtroom 8 before Magistrate Judge Barbara McAuliffe.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

_____
UNITED STATES MAGISTRATE JUDGE